IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JOHN VANDRY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on May 2, 2007on defendant's request for release to treatment (Filing No. 45).

IT IS SO ORDERED that defendant be released on May 4, 2007 to enter and participate in treatment at NOVA Therapeutic Community, 3483 Larimore Avenue, Omaha, Nebraska 68111.  Defendant is to abide by all rules and regulation of NOVA Therapeutic Community and reside there while on release.  It is so ordered.

DATED this 2nd day of May, 2007

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, Chief Judge
United States District Court

1